IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
| | |
|---|---|
| DAVID JUSTIN BISHOP,<br>    Plaintiff, | Civil Action No. 7:08-cv-00228 |
| v. | **FINAL ORDER** |
| Y. TAYLOR, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR 10 2008
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust all available administrative remedies. Any pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 10th day of April, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge